PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEH SADEGHI HARIRI, ET AL., | CASE NO. 1:22-CV-01501-ADA-BAM |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO HOLD CASE IN TEMPORARY ABEYANCE |
| v. | |
| ANTONY J. BLINKEN, ET AL., | |
| Defendants. | |

    The Defendants respectfully request to hold this case in temporary abeyance through May 8, 2023, and counsel for Plaintiffs does not oppose. This case concerns Plaintiff Sara Hariri's visa application, which has been documentarily qualified since January 8, 2021. On December 28, 2022, Plaintiff's visa interview location was changed to Yerevan, Armenia. The U.S. Department of State estimates that the Yerevan consulate will schedule an interview on Plaintiff's application within the next few months. The parties anticipate that this lawsuit will be rendered moot once the Department of State completes its adjudication of Plaintiff's application following the consular interview.

    The parties therefore stipulate that this matter be held in temporary abeyance through May 8, 2023. The parties further request that all other filing deadlines be similarly extended, and the initial scheduling conference, currently set for February 21, 2023, be vacated and reset.

///

1

Respectfully submitted,

Dated:  January 3, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ SHAWN S. SEDAGHAT
SHAWN S. SEDAGHAT
Counsel for Plaintiff

ORDER

The parties having so stipulated and good cause appearing, the Court hereby ORDERS that the matter be held in temporary abeyance through May 8, 2023.  All filing deadlines are similarly extended. The initial scheduling conference, currently set for February 21, 2023, is continued to **June 12, 2023, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:  **January 4, 2023**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE