PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEH SADEGHI HARIRI, ET AL., | CASE NO. 1:22-CV-01501-ADA-BAM |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO EXTEND TEMPORARY ABEYANCE |
| v. | |
| ANTONY J. BLINKEN, ET AL., | |
| Defendants. | |

By previous order, this case was held in temporary abeyance through May 8, 2023.  (ECF 8.) Defendants respectfully request to extend the temporary abeyance of this case through July 26, 2023, and counsel for Plaintiffs does not oppose.  This case concerns Plaintiff Sara Hariri's visa application, which has been documentarily qualified since January 8, 2021.  On December 28, 2022, Plaintiff's visa interview location was changed to Yerevan, Armenia.  Recently, the Yerevan consulate scheduled Plaintiff's consular interview for June 26, 2023.  The parties anticipate that this lawsuit will be rendered moot once the Department of State completes its adjudication of Plaintiff's application following the consular interview.

The parties therefore stipulate that this matter be held in temporary abeyance through July 26, 2023.  The parties further request that all other filing deadlines be similarly extended, and the initial scheduling conference, currently set for June 13, 2023, be vacated and reset.

Respectfully submitted,

Dated:  May 2, 2023 

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ SHAWN S. SEDAGHAT
SHAWN S. SEDAGHAT
Counsel for Plaintiff

ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this matter be held in temporary abeyance through July 26, 2023.  All other filing deadlines are similarly extended.  The initial Scheduling Conference, currently set for June 13, 2023, is continued to **September 7, 2023, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:  **May 3, 2023**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2