PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEH SADEGHI HARIRI, ET AL.,<br><br>            Plaintiffs,<br><br>    v.<br><br>ANTONY J. BLINKEN, ET AL.,<br><br>            Defendants. | CASE NO.  1:22-CV-01501-ADA-BAM<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TEMPORARY ABEYANCE |

By previous order, this case was held in temporary abeyance through July 26, 2023.  (ECF 11.) Defendants respectfully request to extend the temporary abeyance of this case through August 28, 2023, and counsel for Plaintiffs does not oppose.  This case concerns Plaintiff Sara Hariri's visa application, which has been documentarily qualified since January 8, 2021.  On December 28, 2022, Plaintiff's visa interview location was changed to Yerevan, Armenia.  On June 26, 2023, Plaintiff appeared for a consular interview at the Yerevan consulate.  Following the interview, the consular official requested additional documentation from Plaintiff and, on July 18, 2023, confirmed receipt of the requested documents.  The parties anticipate that this lawsuit will soon be rendered moot once the Department of State completes its adjudication of Plaintiff's application.

 The parties therefore stipulate that this matter be held in temporary abeyance through August 28, 2023.  The parties further request that all other filing deadlines be similarly extended, and the initial

1

scheduling conference, currently set for September 7, 2023, be vacated and reset.

Respectfully submitted,

Dated:  July 18, 2023                                                  PHILLIP A. TALBERT
                                                                                       United States Attorney

                                                                         By:   /s/ ELLIOT C. WONG
                                                                                       ELLIOT C. WONG
                                                                                       Assistant United States Attorney


                                                                                       /s/ SHAWN S. SEDAGHAT
                                                                                       SHAWN S. SEDAGHAT
                                                                                       Counsel for Plaintiff

### ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this matter be held in temporary abeyance through August 28, 2023.  All other filing deadlines are similarly extended.  The initial Scheduling Conference, currently set for September 7, 2023, is continued to **October 18, 2023, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **July 19, 2023**                                  /s/ *Barbara A. McAuliffe*
                                                                              UNITED STATES MAGISTRATE JUDGE

2